377 A.2d 172

Commonwealth v. Haines, Appellant.

Submitted December 6, 1976.

Arthur R. Shuman, Jr., and Shuman, Lawler & Levy, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.